# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MARCO OMIAGBOPHILIPS, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-00240 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| DIGITAL FEDERAL CREDIT UNION, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 9, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #27) that Defendant Digital Federal Credit Union's Motion to Dismiss (Dkt. #23) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Digital Federal Credit Union's Motion to Dismiss (Dkt. #23) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff OmiagboPhilips's claims against Defendant Digital Federal Credit Union are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**.

**SIGNED this 25th day of February, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE